IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 03-CR-179-WM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAVIER MUNOZ-MARQUEZ,
2. LUIS MUNOZ-MARQUEZ,
3. JOSE MANUEL MUNOZ-MARQUEZ,
4. ALEJANDRO MIRAMONTES,
5. JOSE RODRIGUEZ-SOLORIO,
6. CARLOS MORENO-ESTRADA,
7. FRANCISCO RODRIGUEZ,
8. LUIS ALBERTO GONZALES-TENA,
9. HORACIO RUIZ-PENA,
10. FELIPE DELGADO-ZUNIGA,
11. ARTURO AVITA-RUIZ,
12. ANTONIO ECHEVERRIA,
13. **DAVID AGUILAR,**
14. RAUL MORALES,
15. RENE ORTIZ,
16. LORENZO GONZALEZ-LORTA,
17. RENE CHAVEZ, and
18. ELOY YANEZ-ESPARZA,

    Defendants.

## MINUTE ORDER

    The following Minute Order is entered by Judge Walker D. Miller:

    Hearing on the supervised release violation for defendant Aguilar is rescheduled to **January 4, 2011, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: December 1, 2010

                                  s/ Jane Trexler, Judicial Assistant